ORDER:
Motion granted.
Initial case management conference RESCHEDULED to December 11, 2012, at 11:00 a.m.

John Bryant,
USMJ

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DEE ANNE WALKER, as Director and Secretary/Treasurer of the Board of Trustees of the United Furniture Workers Insurance Fund and the United Furniture Workers Pension Plan A, | ) ) ) ) ) ) ) | |
| | ) | CASE NO. 3:12-cv-0859 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| PLURIBUS PRODUCTS, | ) ) | |
| Defendant. | ) ) | |

## MOTION TO CONTINUE
## CASE MANAGEMENT CONFERENCE

COMES NOW, the Plaintiff, Dee Anne Walker, et al., through counsel, Deborah Godwin and respectfully requests that the Case Management Conference presently set for Monday, October 22, 2012 at 9:30 a.m. be postponed approximately forty-five (45) days for the following reasons:

1. The Complaint in this action was filed on August 20, 2012. Said Complaint was mailed to Defendant by certified mail return receipt requested on August 27, 2012 as service on the Defendant, along with a Notice of Lawsuit and Request for Waiver of Service of Summons pursuant to Rule 4 of the Federal Rules of Civil Procedure. The Complaint was returned "unclaimed".

2. Plaintiffs will now forward The Complaint, Waiver of Service of Summons, and Notice of Lawsuit and Request for Waiver of Service Summons to Defendant via UPS overnight delivery and will also secure personal service upon Defendant.