ORDER:
motion granted.
Initial case management conference is RESCHEDULED to January 15, 2013, at 10:00 a.m.
John Bryant, USMJ

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DEE ANNE WALKER, as Director and Secretary/Treasurer of the Board of Trustees of the United Furniture Workers Insurance Fund and the United Furniture Workers Pension Plan A,<br><br>Plaintiff,<br><br>v.<br><br>PLURIBUS PRODUCTS,<br><br>Defendant. | CASE NO. 3:12-cv-0859 |

## MOTION TO CONTINUE
## CASE MANAGEMENT CONFERENCE

COMES NOW, the Plaintiff, Dee Anne Walker, et al., through counsel, Deborah Godwin and respectfully requests that the Case Management Conference presently set for Tuesday, December 11, 2012 at 11:00 a.m. be postponed approximately thirty (30) days for the following reasons:

1. The Complaint in this action was filed on August 20, 2012. Said Complaint was mailed to Defendant by certified mail return receipt requested on August 27, 2012 as service on the Defendant, along with a Notice of Lawsuit and Request for Waiver of Service of Summons pursuant to Rule 4 of the Federal Rules of Civil Procedure. The Complaint was returned "unclaimed".

2. Thereafter, Plaintiffs secured personal service upon Defendant on November 8, 2012. (Docket Entry No. 6).