IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ORDER:
Motion granted. Initial case management conference RESCHEDULED to April 16, 2013, at 9:30 a.m.

John Bryant,
US MJ

| | |
|---|---|
| DEE ANNE WALKER, as Director and Secretary/Treasurer of the Board of Trustees of the United Furniture Workers Insurance Fund and the United Furniture Workers Pension Plan A, | |
| Plaintiff, | CASE NO. 3:12-cv-0859 |
| v. | |
| PLURIBUS PRODUCTS, | |
| Defendant. | |

## MOTION TO CONTINUE
## INITIAL CASE MANAGEMENT CONFERENCE

COMES NOW, the Plaintiff, Dee Anne Walker, et al., through counsel, Deborah Godwin and respectfully requests that the Initial Case Management Conference presently set for Tuesday, March 19, 2013 at 11:00 a.m. be postponed an additional thirty (30) days for the following reasons:

1. On March 5, 2013, Plaintiff filed a Request to Enter Default due to Defendant's failure to make an appearance or file an answer in this case.

2. The time within which Defendant has to respond and the clerk has to enter the default will not run until March 27, 2013, which is approximately one week after the Initial Case Management Conference is set.