IN THE UNITED STATES DISTRICT COURT
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Dee Anne Walker, As Director and Secretary / Treasurer of the Board of Trustees of the United Furniture Workers Insurance Fund and the United Furniture Workers Pension Plan A, ) ) ) ) ) ) | ) ) Case No. 3:12-cv-0859 ) |
| Plaintiff, ) | ) Judge Sharp |
| v. ) | ) Magistrate Judge Bryant ) |
| Pluribus Products, ) | ) |
| Defendant ) | |

## ENTRY OF DEFAULT

Pending is Plaintiff's Request to Enter Default against Defendant Pluribus Products (Docket Entry No. 13). Defendant was served on November 8, 2012, and has failed to respond to the Complaint against it within the time period permitted by law. Accordingly, the Clerk hereby enters default pursuant to Federal Rule of Civil Procedure 55(a) against Defendant Pluribus Products. This is an entry of default only. No default judgment will be granted except upon further motion pursuant to Federal Rule of Civil Procedure 55(b).

s/ Keith Throckmorton
Keith Throckmorton
Clerk of Court