ORDER:
Motion granted.
Initial case management
conference rescheduled to
May 15, 2013, at 9:30 a.m.
John Bryant,
USMJ

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DEE ANNE WALKER, as Director and Secretary/Treasurer of the Board of Trustees of the United Furniture Workers Insurance Fund and the United Furniture Workers Pension Plan A, | ) ) ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| PLURIBUS PRODUCTS, | ) ) |
| Defendant. | ) |

CASE NO. 3:12-cv-0859

## MOTION TO CONTINUE
## INITIAL CASE MANAGEMENT CONFERENCE

COMES NOW, the Plaintiff, Dee Anne Walker, et al., through counsel, Deborah Godwin and respectfully requests that the Initial Case Management Conference presently set for Tuesday, April 16, 2013 at 9:30 a.m. be postponed an additional thirty (30) days for the following reasons:

1. On March 5, 2013, Plaintiff filed a Request to Enter Default due to Defendant's failure to make an appearance or file an answer in this case.

2. On March 25, 2013 the Clerk entered default pursuant to Federal Rule of Civil Procedure 55(a) against Defendant, Pluribus Products. (Doc. No. 16).

3. On April 11, 2013, Plaintiff filed a Motion for Default Judgment with Supporting Memorandum. (Doc. No. 17).