*ORDER :*

*Motion granted.*
*Initial case management*
*conference rescheduled to*
*May 15, 2013, at 9:30a.m*

*John Bryant,*
*USMJ*

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DEE ANNE WALKER, as Director and Secretary/Treasurer of the Board of Trustees of the United Furniture Workers Insurance Fund and the United Furniture Workers Pension Plan A, | ) ) ) ) ) ) | |
| | ) | CASE NO. 3:12-cv-0859 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| PLURIBUS PRODUCTS, | ) ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE
## INITIAL CASE MANAGEMENT CONFERENCE

COMES NOW, the Plaintiff, Dee Anne Walker, et al., through counsel, Deborah Godwin

and respectfully requests that the Initial Case Management Conference presently set for Tuesday,

April 16, 2013 at 9:30 a.m. be postponed an additional thirty (30) days for the following reasons:

1.     On March 5, 2013, Plaintiff filed a Request to Enter Default due to Defendant's

failure to make an appearance or file an answer in this case.

2.     On March 25, 2013 the Clerk entered default pursuant to Federal Rule of Civil

Procedure 55(a) against Defendant, Pluribus Products. (Doc. No. 16).

3.     On April 11, 2013, Plaintiff filed a Motion for Default Judgment with Supporting

Memorandum. (Doc. No. 17).