# IN THE UNITED STATES DISTRICT COURT
# THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| Dee Anne Walker, As Director and Secretary / Treasurer of the Board of Trustees of the United Furniture Workers Insurance Fund and the United Furniture Workers Pension Plan A, | ) ) ) ) ) ) |
| Plaintiff, | ) Case No. 3:12-cv-0859 ) |
| v. | ) Judge Sharp ) Magistrate Judge Bryant ) |
| Pluribus Products, | ) ) |
| Defendant | ) |

## DEFAULT JUDGMENT

Pending is Plaintiff's Motion for Default Judgment against Defendant Pluribus Products (Docket Entry No. 17). Default previously was entered against Defendant pursuant to FRCP 55(a) (Docket Entry No. 16). Plaintiff has provided affidavits as to damages and attorney fees. The Clerk will make a determination on the default judgment motion, but attorney fees must be considered by the Court pursuant to FRCP 54.

A review of the record in this case reveals that Defendant was served on November 8, 2012. Despite having been served, Defendant has not responded. Accordingly, the statements sworn to in Plaintiff's affidavits will be taken as true. Default Judgment is hereby entered in favor of Plaintiff in the amounts of $60,632.27 for unpaid contributions, $11,607.76 as verified in the affidavit of Lisa Fetz for interest, and $12,126.45 for statutorily required liquidated damages. The total judgment therefore is $84,366.48.

No amount for attorney fees will be awarded by the Clerk. Attorney fees must be reviewed and approved by the Court pursuant to Federal Rule of Civil Procedure 54(d)(2).

s/ *Keith Throckmorton*
Keith Throckmorton
Clerk of Court