UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DEE ANNE WALKER, | ) |
| Plaintiff, | ) Case No. 3:12-0859 |
| | ) Judge Sharp/Bryant |
| v. | ) |
| PLURIBUS PRODUCTS, | ) |
| Defendant. | ) |

### O R D E R

On May 14, 2013, the undersigned Magistrate Judge received a fax transmission from Peter V. Martino, General Manager of Pluribus Products, Inc. The Clerk is directed to file a copy of this fax transmission in the record of this case.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge